[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 23, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-11929

_____

D. C. Docket No. 05-01121-CV-TCB-1

BETTYE FANNING,

Plaintiff-Appellant,

versus

BOSTON MARKET CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(January 23, 2008)**

Before HULL and PRYOR, Circuit Judges, and MOORE,[*] District Judge.

PER CURIAM:

_____

[*]Honorable K. Michael Moore, U.S. District Judge for the Southern District of Florida, sitting by designation.

After review and oral argument, the Court concludes that Plaintiff-Appellant Bettye Fanning has not shown any reversible error in the district court's March 26, 2007 order adopting the magistrate judge's report and recommendation of February 26, 2007. Thus, the Court affirms the March 26, 2007 order granting summary judgment in favor of Defendant-Appellee Boston Market Corporation as to Fanning's federal claims and dismissing her state-law claims without prejudice.

**AFFIRMED.**